UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| PHILLIP L. KILE, SR. and PATRICIA KILE, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Case No. 3:04-1069 ) JUDGE ECHOLS |
| INTERNATIONAL TRUCK AND ENGINE CORPORATION, | ) ) ) |
| Defendant. | ) |

## ORDER

For the reasons set forth in the Memorandum entered contemporaneously herewith, Defendant International Truck and Engine Corporation's Motion for Summary Judgment (Docket Entry No. 37) is hereby DENIED.

This matter is referred to the Magistrate Judge for further pretrial case management pursuant to Local Rule 11 and to ensure that the case is ready for trial as scheduled on March 14, 2006, with the pretrial conference scheduled for February 13, 2006, at 1:00 p.m.

IT IS SO ORDERED.

_____
ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE

1